# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | No. 4:19-CV-01234 |
| Plaintiff, | (Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY, | |
| Defendant. | |

## ORDER

**AND NOW**, this 19th day of July 2019, **IT IS HEREBY ORDERED** that:

1. The Court will hold a telephonic status conference on **July 22, 2019 at 2:00 p.m.**

2. Counsel for Plaintiff shall initiate the call to Chambers at 570-323-9772. At the time the call is placed, all counsel shall be on the line and prepared to proceed.

3. The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile device.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge