# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br>　　　Plaintiff,<br><br>　　　vs.<br><br>THE PENNSYLVANIA STATE<br>UNIVERSITY,<br>　　　Defendant. | :<br>:<br>: No. 4:19-cv-01234<br>:<br>: (Hon. Brann)<br>:<br>: Electronically Filed<br>:<br>: |

### Defendant The Pennsylvania State
### University's Motion to Exceed Page Limitations

Defendant The Pennsylvania State University (the "University"), by and through its undersigned counsel, respectfully requests the Court to allow it to exceed the page limitations set forth in Local Rule 7.8(b), averring in support thereof as follows:

1. The University intends to file a brief in opposition to Plaintiff John Doe's self-styled Motion for Emergency Temporary Restraining Order and/or Preliminary Injunction (Doc. 3) (the "Motion") and Doe's supporting brief (Doc. 4).

2. Doe's Motion, and his Complaint (Doc. 1), raise numerous constitutional and other legal issues of law. The University is unable to sufficiently respond to those complex issues while complying with the briefing limitations of L.R. 7.8(b).

3. Further, Doe's supporting brief (Doc. 4) greatly exceeds the limits of L.R. 7.8(b) (despite not receiving in advance leave of Court to exceed those limits). The University needs to exceed the limits of L.R. 7.8(b) to fairly respond to the issues and arguments raised in Doe's brief.

4. The University therefore respectfully requests the Court to allow the University to file an opposition brief to the Motion of no more than 40 pages.

WHEREFORE, Defendant The Pennsylvania State University respectfully requests the Court to:

a. Grant this Motion;

b. Enter an order allowing the University to file a brief in opposition to Doe's Motion (Doc. 3) up to 40 pages in length; and

c. Grant such further relief as the Court deems just and appropriate.

Respectfully submitted,

Dated: July 19, 2019

/s/ Cory S. Winter
Cory S. Winter (PA306552)
Saul Ewing Arnstein & Lehr LLP
2 North Second Street, 7th Floor
Harrisburg, PA 17101
(717) 257-7562
cory.winter@saul.com
*Attorney for Defendant*

## **CERTIFICATE OF CONCURENCE**

I hereby certify that before filing this Motion, counsel for the Defendant sought the concurrence of Plaintiff's counsel. I further certify that Plaintiff's counsel concurs with the relief requested by this Motion.

Dated: July 19, 2019             /s/ Cory S. Winter
                                 Cory S. Winter

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Motion to be served upon the following via the Court's ECF system:

>Andrew Shubin, Esquire
>333 South Allen Street
>State College, PA 16801
>*Counsel for Plaintiff*

Dated:  July 19, 2019                     /s/ Cory S. Winter
                                          Cory S. Winter