# ANDREW J. SHUBIN
**ATTORNEY AT LAW, P.C.**
333 SOUTH ALLEN STREET
STATE COLLEGE, PENNSYLVANIA 16801

PHONE 814-867-3115                                            EMAIL: SHUBIN@SHUBINLAW.COM
FAX   814-867-8811                                            WEB PAGE: WWW.SHUBINLAW.COM

July 23, 2019

Honorable Judge Matthew Brann
Middle District of Pennsylvania
U.S. Courthouse and Federal Office Building
240 West Third Street
Williamsport, PA 17701

*Via ECF Filing*

    Re:    **John Doe v. The Pennsylvania State University**
              **Docket No. 4:19-CV-1234**

Dear Judge Brann:

    I write to confirm that the parties in the above captioned matter reached an agreement to reschedule the disciplinary hearing previously listed for today. No new date has been set for the hearing.

                                       Very truly yours,

                                       Andrew Shubin
                                       Attorney at Law

AJS:ek
Cc:    James Keller, Esq (Via ECF Service)