#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | No. 4:19-CV-01234 |
| Plaintiff, | (Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY, | |
| Defendant. | |

### ORDER

**AUGUST 1, 2019**

On July 18, 2019, John Doe asked this Court to preliminarily enjoin the Pennsylvania State University from holding his disciplinary hearing scheduled for July 23, 2019.  On July 23, 2019, Mr. Doe's counsel informed this Court that that day's disciplinary hearing had been cancelled.[1]  Therefore, **IT IS HEREBY ORDERED** that Mr. Doe's motion for preliminary injunctive relief, ECF No. 3, is **DENIED AS MOOT**.  Mr. Doe is not precluded, however, from seeking further preliminary injunctive relief.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[1]  ECF No. 21.