# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | Civil Action No. 4:19-CV-1234 |
| | : | |
| THE PENNSYLVANIA STATE UNIVERSITY | : | Filed Via ECF |
| | : | |
| *Defendants* | : | |

## PLAINTIFF'S RULE 41(a)(1)(a)(i) DISMISSAL OF ACTION

The Plaintiff in the above-captioned matter hereby moves pursuant to Rule 41(a)(1)(a)(i) for a dismissal, with prejudice, of the above-captioned matter.

August 16, 2019

Respectfully submitted,

s/Andrew Shubin
Andrew Shubin
Pa. Attorney I.D. No. 63263
Caroline Watral, Esquire
Pa. Attorney ID No. 309508
Shubin Law Office
333 S. Allen Street
State College, PA 16801
(814) 867-3115

*Attorney for Plaintiff,*
*John Doe*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,        :<br>            *Plaintiff*        :<br>                      :<br>    v.              :<br>                      :<br>THE PENNSYLVANIA STATE  :<br>UNIVERSITY       :<br>                      :<br>            *Defendants*   : | Civil Action No. 4:19-CV-1234<br><br>Filed Via ECF |

## CERTIFICATE OF SERVICE

I, Andrew J. Shubin, do hereby certify that the above parties were served a true and correct copy of the foregoing via ECF service to James Keller, Counsel for Defendants.

| | |
|---|---|
| August 16, 2019 | /s/ Andrew J. Shubin<br>Andrew J. Shubin, Esquire<br>Pa. Attorney ID No. 63263<br>Caroline Watral, Esquire<br>Pa. Attorney ID No. 309508<br>Shubin Law Office<br>333 South Allen Street<br>State College, PA 16801<br>(814) 867-3115<br>(814) 867-8811 fax<br>shubin@shubinlaw.com<br><br>*Counsel for Plaintiff,*<br>*John Doe* |